IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOSE CASTANEDA, | ) | |
| Plaintiff, | ) ) ) | Case No. 3:14-1673 |
| v. | ) ) | Chief Judge Haynes |
| RP MANAGEMENT, INC., et al., | ) ) ) | |
| Defendants. | ) | |

**ORDER**

Upon review of the file, I hereby recuse myself in the above-styled action. This case shall be returned to the Clerk for reassignment.

It is so **ORDERED**.

**ENTERED** this the 15th day of August, 2014.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court